Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Tamarack Aerospace Group, Inc., a Washington Corporation |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-2800928 |
| 4. | Debtor's address | **Principal place of business**<br><br>2021 Industrial Way<br>Sandpoint, ID 83864<br>Number, Street, City, State & ZIP Code<br><br>Bonner<br>County<br><br>**Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | tamarackaero.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | Tamarack Aerospace Group, Inc., a Washington Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

7. **Describe debtor's business**

    A. *Check one:*
    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ■ None of the above

    B. *Check all that apply*
    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*
    ☐ Chapter 7
    ☐ Chapter 9
    ■ Chapter 11. *Check all that apply*:
    
        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    
        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    
        ☐ A plan is being filed with this petition.
    
        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    
        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    
        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    
    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ■ No.
    ☐ Yes.

    If more than 2 cases, attach a separate list.

    | District | _____ | When | _____ | Case number | _____ |
    |---|---|---|---|---|---|
    | District | _____ | When | _____ | Case number | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | _____ | | Relationship | _____ |
    |---|---|---|---|---|
    | District | _____ | When _____ | Case number, if known | _____ |

| Debtor | Tamarack Aerospace Group, Inc., a Washington Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 1, 2019
             MM / DD / YYYY

X _____     Rick Shaneyfelt
Signature of authorized representative of debtor     Printed name

Title  CFO

**18. Signature of attorney**

X _____     Date 6/1/2019
Signature of attorney for debtor                MM / DD / YYYY

John D. Munding WSBA #21734
Printed name

Munding, P.S.
Firm name

1610 W. Riverside Avenue
Spokane, WA 99201
Number, Street, City, State & ZIP Code

Contact phone  (509) 624-6464    Email address  John@Mundinglaw.com

WSBA #21734 WA
Bar number and State

# RESOLUTION AUTHORIZING BANKRUPTCY

I, Rick Shaneyfelt, duly qualified and acting Secretary and CFO of Tamarack Aerospace Group, Inc. ("Tamarack" and/or "Company"), a Washington corporation, hereby certify that the following resolutions were duly adopted at a duly and properly noticed meeting by a majority of the quorum of members of the Board of Directors of Tamarack on this 31st day of May, 2019, and such resolutions have not been amended or revoked and are now in full force in effect, to wit:

RESOLVED, that, due to the financial condition of Tamarack, as well as certain challenges presented by regulatory directives, product development issues, customer claims, drastically reduced revenues from product sales and maturing indebtedness, with no apparent alternatives to recapitalize or refinance the Company, the Company's operations have been reduced to a minimum while claims, proposed regulatory relief and other potentially available options, including the filing of a petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code, are evaluated.

RESOLVED, that the Company is directed to initially seek relief from mounting claims and significant potential litigation while the Company evaluates options short of ultimate liquidation and pursues regulatory relief, mitigation of claim exposure, preservation of assets and ongoing business opportunities, as well as the potential for future job creation.

RESOLVED, that Tamarack be and is hereby authorized to execute and file a petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Washington;

FURTHER RESOLVED, that Tamarack be and is hereby authorized to retain on its behalf the firm of Munding, P.S., 1610 W. Riverside Avenue, Spokane, WA 99201, to represent it in connection with such proceedings;

FURTHER RESOLVED, that Rick Shaneyfelt, CFO of Tamarack, be and is hereby authorized to execute and file on behalf of the Board of Directors of Tamarack, a petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United Bankruptcy Court for the Eastern District of Washington.

FURTHER RESOLVED, that Rick Shaneyfelt, as CFO, is hereby designated to act on behalf of Tamarack in such proceedings.

FURTHER RESOLVED, that any and all acts, transactions or agreements undertaken by agents, officers or directors of the Company prior to the date of adoption of the foregoing resolutions which would have been authorized by the foregoing resolutions but for the fact that such acts, transactions or agreements were undertaken prior to such date, be and hereby are ratified, approved, confirmed and adopted as duly authorized acts of the Company in all respects and for all purposes.

FURTHER RESOLVED, that the appropriate officers of the Company be and each is hereby authorized, empowered and directed, for and on behalf of the Company, to do and perform all such acts and things and enter into, execute, acknowledge and deliver all such documents and to take such further actions as they may deem necessary, appropriate or advisable and in the best interest of the Company to effect the intent and accomplish the purposes set forth in regard to the matters referred to in the foregoing resolutions, with any prior performance of such officers with respect to the same hereby ratified and approved.

WITNESS BY HAND AND SEAL of this corporation this 31 day of May, 2019.

_____
Rick Shaneyfelt for Tamarack Aerospace Group, Inc.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Tamarack Aerospace Group, Inc., a Washington Corporation |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adriano Stavole 28601 Charrin Blvd., Suite 400 Beachwood, OH 44122 | | | | | | $0.00 |
| Alpha Juliet Consulting, LLC Attn: Ales Guiterez 1415 S. Voss Road, Suite 110-409 Houston, TX 77057 | | | | | | $0.00 |
| Bern Kotelkp P.O. Box 57 Vegreville, AL | | | | | | $0.00 |
| Bradley J. Busbin, Attorney 2295 S. Hiawasse Rd. Suite 207 Orlando, FL 32835 | | | | | | $0.00 |
| Bruce Blakely 215 5th Ave South Kirkland, WA 98033 | | | | | | $0.00 |
| Christy Brazell 2861 Aviation Way West Columbia, SC 29170 | | | | | | $0.00 |
| Clayton Keister, CEO 8001 Central Avenue Northeast Minneapolis, MN 55432-2110 | | | | | | $0.00 |
| Curtis Keller 6710 E. Camelback Rd. Scottsdale, AZ 85251 | | | | | | $0.00 |

| Debtor | Tamarack Aerospace Group, Inc., a Washington Corporation | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Daniel Gruirl  100-Larking Williams Industrial Ct.  Fenton, MO 63026-2409 | | | | | | $0.00 |
| Derek Laflin  1011 Westbrook Street  Portland, ME 04102 | | | | | | $0.00 |
| DH Aeronautics, LLC  Attn: Howard Gary Heavin  875 CR 324  Gatesville, TX 76528 | | | | | | $0.00 |
| DH Aeronautics, LLC  Attn: Howard Gary Heavin  875 CR 324  Gatesville, TX 76528 | | | | | | $0.00 |
| Djordeje Petrovic  Bulevar Marsala  Belgrade | | | | | | $0.00 |
| Dolphin Capital Holdings, Inc.  c/o Steven S. Meyers  2355 Westood Blvd. Suite 410  Los Angeles, CA 90064 | | | | | | $0.00 |
| Douglas DeBruin  9900 Porter Road  Niagara Falls, NY 14304 | | | | | | $0.00 |
| Gary Heaven  875 CR 324  Gatesville, TX 76528 | | | | | | $0.00 |
| Gil Moutray  P.O. Box 1598  Artesia, NM 88211-1598 | | | | | | $0.00 |
| Harry T. Ford  One Indiana Square, Suite 2300  Indianapolis, IN 46204 | | | | | | $0.00 |

| Debtor | Tamarack Aerospace Group, Inc., a Washington Corporation | Case number *(if known)* | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hotel Alpha, LLC<br>Attn: W. Hettinger<br>96 Martinique Ave.<br>Tampa, FL 33606 | | | | | | $0.00 |
| Industrial Smoke & Mirrors<br>Attn: Andrew Garvis<br>3024 Shader Rd.<br>Orlando, FL 32808-8000 | | | | | | $0.00 |