**United States Bankruptcy Court**
**Eastern District of Washington**

In re: __Tamarack Aerospace Group, Inc., a Washington Corporation__  
    Debtor(s)

Case No. _____  
Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __June 1, 2019__                    _/s/ Rick Shaneyfelt_
                                           Rick Shaneyfelt/CFO
                                           Signer/Title

Tamarack Aerospace Group, Inc., a Washington Corporation
2021 Industrial Way
Sandpoint, ID 83864


John D. Munding WSBA
Munding, P.S.
1610 W. Riverside Avenue
Spokane, WA 99201


Adriano Stavole
28601 Charrin Blvd., Suite 400
Beachwood, OH 44122


Alpha Juliet Consulting, LLC
Attn: Ales Guiterez
1415 S. Voss Road, Suite 110-409
Houston, TX 77057


Berkshire Bank
P.O. Box 1308
Woburn, MA 01888-4129


Bern Kotelkp
P.O. Box 57
Vegreville, AL


Bradley J. Busbin, Attorney
2295 S. Hiawasse Rd. Suite 207
Orlando, FL 32835


Bruce Blakely
215 5th Ave South
Kirkland, WA 98033


Christy Brazell
2861 Aviation Way
West Columbia, SC 29170

Clayton Keister, CEO
8001 Central Avenue Northeast
Minneapolis, MN 55432-2110


Columbia Bank
Community Financial Reasources
2820 Harrison Ave NW
Olympia, WA 98502


Curtis Keller
6710 E. Camelback Rd.
Scottsdale, AZ 85251


Daniel Gruirl
100-Larking Williams Industrial Ct.
Fenton, MO 63026-2409


Derek Laflin
1011 Westbrook Street
Portland, ME 04102


DH Aeronautics, LLC
Attn: Howard  Gary Heavin
875 CR 324
Gatesville, TX 76528


Djordeje Petrovic
Bulevar Marsala
Belgrade


Dolphin Capital Holdings, Inc.
c/o Steven S. Meyers
2355 Westood Blvd. Suite 410
Los Angeles, CA 90064


Douglas DeBruin
9900 Porter Road
Niagara Falls, NY 14304

Gary Heaven
875 CR 324
Gatesville, TX 76528


Gil Moutray
P.O. Box 1598
Artesia, NM 88211-1598


Harry T. Ford
One Indiana Square, Suite 2300
Indianapolis, IN 46204


Hotel Alpha, LLC
Attn: W. Hettinger
96 Martinique Ave.
Tampa, FL 33606


Industrial Smoke & Mirrors
Attn: Andrew Garvis
3024 Shader Rd.
Orlando, FL 32808-8000


James Plettner
7350 Post and Rail Lane
Cincinnati, OH 45243


Jarrett Johnson
P.O. Box 142
Iron Springs, AB


Jason Carly
The Green, Deanshanger
Mk196HH
MK196HH, UK


Jerry Locati
1007 East Main Street, Suite 200
Bozeman, MT 59715-3813

Jim Putnam
2834 Hamner Avenue, #124
Norco, CA 92860


John Clevenger
1730 Vultee Street
Allentown, PA 18103


John Hammill
360 Tomahawk Drive
Maumee, OH 43537


Jon Yarbrough
730 Cool Springs Blvd., Suite 202
Franklin, TN 37067


Juan Rodriquez
Los Pingos 99; Int 202
Monterrey


Kenneth Adelman
1365 Meadowridge Road
Watsonville, CA 95076-0356


Larry Pribyl
1540 Lake Elmo Rd. Suite 3
Billings, MT 59105


Linda Elzey
4001 North Park Rd.
Lincoln, NE 68501


Luis Nieves
2030 Airport Rd.
Napa, CA 94558

Martin Steinroder
Hanna-Kunath-Strasse 18
Bremen, NC 28199


Matt Felton
520 SW 6th Ave, Suite 610
Portland, OR 97204


Michael Budagher
5964 Azalea Lane
Dallas, TX 75230


Michael Lenhart
1833 Brightwaters Blvd. NE
Saint Petersburg, FL 33704


Nicholas & Tamara Guida
7847 Pluto Court
Pensacola, FL 32506


Paul Wood
1155 Lake House Drive
North Palm Beach, FL 33408-3368


Phil Milroy
200-8215 112th St. NW
Edmonton, AG, T6G2C8, AB


Quariax Corporation
14900 NW 44th Ave.
Opa Locka, FL 33054


R. Wayne Estopinal
903 Spring Street
Jeffersonville, IN 47130

Richard Gladden
190 1st Ave. N.
Naples, FL 34102


Richard Helms
2711 Centerville Road
Wilmington, DE 19808


Rick McLeod
13600 Napa Street
Fontana, CA 92335


Robert Johnes
2013 Cunningham Dr. Suite 301
Hampton, VA 23666


Robert Jones
5135 Ward Road
Wheat Ridge, CO 80033-1905


Robert Knollenberg
Cannon View Road
Boulder, CO 80320


Roman Ruiz
8089 NE Airport Way
Portland, OR 97218


Ron Bingham
3035 N. Highland Ave
Jackson, TN 38305


Ryan Samples
8601 Commerce Park Dr.
Oklahoma City, OK 73132-3430

Sandpoint Property Management
Attn: Clifford Otten
314 N. Third Street
Sandpoint, ID 83864


Scott E Sayre
5823 Wooster Pike
Cincinnati, OH 45227


Scott Powell
6133 Freeport Blvd
Sacramento, CA 95822


Simon Adams
Hangar 100, Bournemouth
Christchurch, BH23 6NW


Stephen Goodrich
760 Habour Isles Court
Palm Beach Gardens, FL 33410


Steve Davis
Hangar 4C; James Schofield Drive
5950 South


Steve Foote
2211 Broadway, Apt. 10D
New York, NY 10024


Steve Whisler
P.O. Box 1057
Whitefish, MT 59937


Textron Sevice Center
Attn: Textron Aviation
One Cessna Blvd. Suite 100
Wichita, KS 67215

Van Turney
2701 E. Pine Ave
Meridian, ID 83642


Vincent Phillips
3838 San Dimas St. , Suite B 231
Bakersfield, CA 93301


Xerox