So Ordered.

LF 2014-1 (5/96)
Dated: October 28th, 2019



Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re: )
) Case No. 19-01492-FPC11
TAMARACK AEROSPACE GROUP )
INC., )
) **ORDER APPROVING EMPLOYMENT**
) **UNDER 11 U.S.C. §327 BY TRUSTEE/**
Debtor(s) ) **DEBTOR-IN-POSSESSION**

This matter having come on regularly for hearing on the application of trustee/debtor-in-possession, the court being fully advised in the premises, no adverse interest being represented and the appointment not being prohibited by Rule 5002:

IT IS HEREBY ORDERED

1. That the employment of Moss Adams, LLP as Accountants, (EFFECTIVE SEPTEMBER 1, 2019) for trustee/debtor-in-possession is approved subject to the terms and conditions set forth in the application and 11 U.S.C. §328.

2. That any actual award of compensation is subject to further order of the court, pursuant to 11 U.S.C. §330.

///End of Order///

Presented by:
/s/ John D. Munding
(Signature/address/phone)
9425 N Nevada St., Ste 212
Spokane, WA 99218
509-624-6464

ORDER APPROVING EMPLOYMENT UNDER 11 U.S.C. §327 - 1