# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>TAMARACK AEORSPACE GROUP, INC., a Washington Corporation<br><br>Debtor.<br><br>ERICA DAVIS, as P.R. OF THE ESTATE OF ANDREW DALE DAVIS; JAMES JOHNSON & BRADLEY HERMAN, INDIVIDUALLY and AS INDEPENDENT CO-ADMINISTRATORS OF THE ESTATE OF SANDRA JOHNSON; and MICHAEL M. MASCHMEYER, as P.R. OF THE ESTATE OF R. WAYNE ESTOPINAL, DECEASED,<br><br>Movants. | Bankruptcy No. 19-01492-FPC11<br><br>U.S. District Ct. No. 19-00373-RMP<br><br>ORDER DESIGNATING VENUE FOR WRONGFUL DEATH CLAIMS PURSUANT TO 28 U.S.C. § 157(b)(5) |

ORDER DESIGNATING VENUE FOR
WRONGFUL DEATH CLAIMS
PURSUANT TO 28 U.S.C. § 157(b)(5)- 1
{S1920221; 1 }

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728

THIS MATTER having come before the court on the Motion for Order Pursuant to 28 U.S.C. § 157(b)(5) [ECF No. 120 ], filed by Erica Davis, as Personal Representative of the Estate of Andrew Dale Davis; James Johnson & Bradley Herman, Individually & as Independent Co Administrators of the Estate of Sandra Johnson; and Michael M. Maschmeyer, as Personal Representative of the Estate of R. Wayne Estopinal, Deceased (collectively, the "Movants") requesting this court designate venue as the United States District Court for the Eastern District of Washington for trying the Movants' wrongful death claims against debtor, Tamarack.

Having considered the Motion, the records and files herein, and the applicable statutes, the court finds good cause exists to grant the Motion. Therefore,

IT IS ORDERED, that pursuant to 28 U.S.C. §§ 157(b)(5), (d), the Motion is Granted and the United States District Court for the Eastern District of Washington is designated the proper venue for trying the wrongful death claims against Tamarack Aerospace Group, Inc arising from the deaths of Andrew Davis, R. Wayne Estopinal, and Sandra Johnson.

/// End of Order ///

ORDER DESIGNATING VENUE FOR
WRONGFUL DEATH CLAIMS
PURSUANT TO 28 U.S.C. § 157(b)(5)- 2
{S1920221; 1 }

WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100  Phone: 509.624.5265
Spokane, Washington 99201-0300  Fax: 509.458.2728

Presented by:

WITHERSPOON • KELLEY

 */s/ Pamela D. Combo*
Pamela D. Combo, WSBA #53012
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201
Phone:  (509) 624-5265
Facsimile: (509) 458-2728
pdc@witherspoonkelley.com
*Attorneys for Erica Davis, as Personal Representative of The Estate of Andrew Dale Davis; James Johnson & Bradley Herman, Individually & as Independent Co administrators of the Estate of Sandra Johnson; and Michael M. Maschmeyer, as Personal Representative of The Estate of R. Wayne Estopinal*

ORDER DESIGNATING VENUE FOR WRONGFUL DEATH CLAIMS PURSUANT TO 28 U.S.C. § 157(b)(5)- 3
{S1920221; 1 }



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728