## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**TAMARACK AEROSPACE GROUP INC.,**<br><br>Debtors. | Case No. 19-01492-FPC11<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION FOR AWARD OF COMPENSATION AND DISBURSEMENT OF FUNDS** |

This matter having come before the Court on the *Application for Award of Compensation and Reimbursement of Expenses of John D. Munding, Munding, P.S.* (ECF No. 124), and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157, and this being a core proceeding, with notice of motion (ECF

ORDER RE: APPROVING APP. FOR COMP. (ECF NO. 124)– 1

**MUNDING, P.S.**
9425 N NEVADA ST., STE 212
SPOKANE, WA 99218
(509) 624-6464

No. 125) being sufficient, and with service of the foregoing documents having been

provided and accomplished by US Mail (ECF No. 126), and no objections having

been raised to the payment for legal services in the amount of $97,787.50 and

reimbursement of costs advanced of $2,807.00, for a total of $100,594.50 sought to be

approved and paid as detailed in the Application, and good cause appearing;

**IT IS HEREBY ORDERED:**

1) The relief requested in the Application for Award of Compensation (ECF No.

   124) is **GRANTED**;

2) The payment of compensation of legal fees in the amount of $97,787.50 and

   reimbursement of expenses of $2,807.00 is Approved.  The Debtor in

   Possession is authorized to disburse and pay to John D. Munding, Munding,

   P.S. the amount of $100,594.50.


// END OF ORDER //


Presented by:
MUNDING, P.S.


*/s/ John D. Munding*
JOHN D. MUNDING, WSBA # 21734


ORDER RE: APPROVING APP. FOR COMP. (ECF NO. 124)– 2

MUNDING, P.S.
9425 N NEVADA ST., STE 212
SPOKANE, WA  99218
(509) 624-6464