UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>TAMARACK AEORSPACE GROUP, INC., a Washington Corporation<br><br>               Debtor. | Case No. 19-01492-FPC11<br><br>ORDER SUBSTITUTING LOCAL ASSOCIATED ATTORNEY RE: ORDERS GRANTING PRO HAC VICE APPLICATION OF JOSEPH J. SLAMA, DAVID I. KATZMAN, BRUCE A. LAMPERT, ROBERT P. MAJOR |

THIS MATTER having come before the Court on the Motion for an Order , pursuant to LCivR 83.2(c) and LBR 9010-1(a), filed by Pamela D. Combo of Witherspoon Kelley, counsel of record for the Decedents' Estates of Andrew Davis, Wayne Estopinal, and Sandra Johnson, and Pro Hac Vice Counsel, seeking entry of an Order Substituting Pamela D. Combo, WSBA No. 53012, as the local



ORDER GRANTING MOTION FOR
SUBSTITUTION OF LOCAL
ASSOCIATED ATTORNEY RE: ORDER
GRANTING PRO HAC VICE
APPLICATIONS  - 1
{S1939720; 1 }

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

associated attorney in place of Ian Ledlin, WSBA No. 6695, and Benjamin D. Phillabaum, WSBA No. 48089, both of Phillabaum Ledlin Matthews & Sheldon, PLLC, in regard to each of the following orders: Order Granting Pro Hac Vice Application of Joseph J. Slama, ECF No. 92; Order Granting Pro Hac Vice Application of David I. Katzman, ECF No. 93; Order Granting Pro Hac Vice Application of Bruce A. Lampert, ECF No. 94; and Order Granting Pro Hac Vice Application of Robert P. Major, ECF No. 95. [ECF No. 142].

Having considered the Motion, the records and files herein, and the applicable statutes, the court finds good cause exists to grant the Motion. Therefore,

IT IS ORDERED, that the Motion is Granted and Pamela D. Combo is now the local associated counsel as to each of the following orders granting Pro Hac Vice Admissions:

- o Order Granting the Pro Hac Vice Application of Joseph J. Slama [ECF No. 92];

- o Order Granting Pro Hac Vice Application of David I. Katzman, [ECF No. 93];

- o Order Granting Pro Hac Vice Application of Bruce A. Lampert, [ECF No. 94]; and

- o Order Granting Pro Hac Vice Application of Robert P. Major, [ECF No. 95].

///End of Order///

ORDER GRANTING MOTION FOR
SUBSTITUTION OF LOCAL
ASSOCIATED ATTORNEY RE: ORDER
GRANTING PRO HAC VICE
APPLICATIONS  - 2
{S1939720; 1 }

**WK** WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100     Phone: 509.624.5265
Spokane, Washington 99201-0300          Fax: 509.458.2728

Presented by:

WITHERSPOON • KELLEY


*/s/ Pamela D. Combo*

Pamela D. Combo, WSBA #53012
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201
Phone: (509) 624-5265
Facsimile: (509) 458-2728
pdc@witherspoonkelley.com

*Attorneys for Erica Davis, as*
*Personal Representative of The*
*Estate of Andrew Dale Davis; James*
*Johnson & Bradley Herman,*
*Individually & as Independent Co*
*administrators of the Estate of*
*Sandra Johnson; and Michael M.*
*Maschmeyer, as Personal*
*Representative of The Estate of R.*
*Wayne Estopinal*

ORDER GRANTING MOTION FOR
SUBSTITUTION OF LOCAL
ASSOCIATED ATTORNEY RE: ORDER
GRANTING PRO HAC VICE
APPLICATIONS  - 3
{S1939720; 1 }



WITHERSPOON • KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728