JOHN D. MUNDING
MUNDING, P.S.
9425 N Nevada St., Ste 212
Spokane, WA 99218
(509) 624-6464
John@mundinglaw.com
*Attorney for Debtor In Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**TAMARACK AEROSPACE GROUP, INC.,**<br><br>Debtor(s). | Case No. 19-01492-FPC11<br><br>Chapter 11<br><br>**CERTIFICATE OF E-SERVICE AND SERVICE BY MAIL RE:**<br>• **CHAPTER 11 PLAN SOLICITATION PACKAGE** |

I, John D. Munding, declare and state as follows:

1. That I am a citizen of the United States, an employee of MUNDING, P.S., over the age of 18 years, and not a party to this action.

2. That on January 2, 2020, I caused to be served the Chapter 11 Plan Solicitation Package in accordance with this Court's Order Approving Amended Disclosure Statement for Chapter 11 Plan, Setting Deadlines, and Time for Confirmation Hearing (ECF No. 169), which consisted of copies of the following

documents, upon the Master Mailing List attached hereto as Exhibit A and the Supplemental Master Mailing List attached hereto as Exhibit B:

- Ballot for Accepting or Rejecting Plan of Reorganization – LF 3018
- Notice of Approval of Disclosure Statement – LF 3016 (ECF No. 172)
- First Amended Disclosure Statement (ECF No. 170)
- First Amended Plan of Reorganization (ECF No. 171)
- Order Approving Amended Disclosure Statement for Chapter 11 Plan, Setting Deadlines, and Time for Confirmation Hearing entered December 19, 2019 (ECF No. 169)
- List Classifying Claims

The foregoing documents were mailed, postage prepaid, to those entities and individuals identified in Exhibits A and B, totaling in excess of 180 recipients at a cost of $1,639.04.

3. On December 31, 2019, I electronically filed the First Amended Plan of Reorganization (ECF No. 171), First Amended Disclosure Statement (ECF No. 170), and Notice of Approval of Disclosure Statement, Proposed Plan and Matters Related to Confirmation of Plan (ECF No. 172) with the Clerk of the Court, using the CM/ECF

CERTIFICATE OF SERVICE PLAN SOLICITATION PACKAGE– 2

MUNDING, P.S.
9425 N NEVADA ST., STE 212
SPOKANE, WA 99218
(509) 624-6464

19-01492-FPC11    Doc 177    Filed 01/27/20    Entered 01/27/20 07:02:22    Pg 2 of 14

system, which served the foregoing documents electronically upon **all** individuals who receive automatic electronic notification of filings in this matter.

DATED this 27th day of January, 2020.

MUNDING, P.S.

/s/ John D. Munding
John D. Munding
21734

CERTIFICATE OF SERVICE PLAN SOLICITATION PACKAGE— 3

MUNDING, P.S.
9425 N NEVADA ST., STE 212
SPOKANE, WA 99218
(509) 624-6464

EXIHIBIT A – MML 12.31.19

Label Matrix for local noticing
0980-2
Case 19-01492-FPC11
EASTERN DISTRICT OF WASHINGTON
Spokane/Yakima
Tue Dec 31 10:04:54 PST 2019

Adriano Stavole
28601 Charrin Blvd., Suite 400
Beachwood, OH 44122-4556

Alpha Juliet Consulting, LLC
Attn: Ales Guiterez
1415 S. Voss Road, Suite 110-409
Houston, TX 77057-1086

Attorney General's Office
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

Jason M Ayres
Garvey Schubert Barer
121 SW Morrison Street
Suite 1100
Portland, OR 97204-3141

Berkshire Bank
aka Commerce Bank & Trust Company
c/o Jane Pearson/Polsinelli PC
1000 Second Ave., Ste 3500
Seattle, WA 98104-1086

Bradley J. Busbin, Attorney
2295 S. Hiawasse Rd. Suite 207
Orlando, FL 32835-8748

Brian Cox
299 Ravenwood Drive
Sanpoint, ID 83864-8950

Bruce Blakely
215 5th Ave South
Kirkland, WA 98033-6589

Christy Brazell
2861 Aviation Way
West Columbia, SC 29170-5106

Clayton Keister, CEO
8001 Central Avenue Northeast
Minneapolis, MN 55432-2110

Cloudy Investments LLC
301 East Pine Street
Suite 1400
ATTN: JEFF AARON
Orlando, FL 32801-2741

Columbia Bank
Community Financial Reasources
2820 Harrison Ave NW
Olympia, WA 98502-2502

Pamela D Combo
Witherspoon Kelley
422 West Riverside #1100
Spokane, WA 99201-0300

Curtis Keller
6710 E. Camelback Rd.
Scottsdale, AZ 85251-2031

DH Aeronautics
c/o Joseph E. Shickich
Fox Rothschild LLP
1001 4th Ave.
Suite 4500
Seattle, WA 98154-1192

DH Aeronautics, LLC
Attn: Howard Gary Heavin
875 CR 324
Gatesville, TX 76528-4382

Daniel Gruirl
100-Larking Williams Industrial Ct.
Fenton, MO 63026-2409

Barry W Davidson
Davidson Backman Medeiros
601 W Riverside Avenue
Suite 1550
Spokane, WA 99201-0603

Decedents Estates of Andrew Davis, Wayne Es
c/o Joseph J. Slama
Krupnick Campbell
12 Southeast 7th St., Ste 801
Ft. Luaderdale, FL 33301-3434

Derek Laflin
1011 Westbrook Street
Portland, ME 04102-1914

Dolphin Capital Holdings, Inc.
c/o Steven S. Meyers
2355 Westood Blvd. Suite 410
Los Angeles, CA 90064-2109

Douglas DeBruin
9900 Porter Road
Niagara Falls, NY 14304-5701

Eagle Aviation Inc.
2861 Aviation Way
West Columbia, SC 29170-2184

Equipment408 LLC
c/o Scott K. Brown, Esq.
Lewis Roca Rothgerber Christie LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

Equipment480 LLC
c/o Scott K. Brown
Lewis Roca Rothgerber Christie LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

Equipment509 LLC
c/o Scott K. Brown, Esq.
Lewis Roca Rothgerber Christie LLP
201 East Washington, Suite 1200
Phoenix, AZ 85004-2595

Eric Ritter
2901 Pine Ave
Meridian, ID 83642-5980

Erica Davis, as PR of The Estate of Dale Dav
c/o Joseph J. Slama c/o Krupnick Campbel
12 SE 7th Street, Suite 801
Fort Lauderdale Fl 33301-3434

Estate of R. Wayne Estopinalby Michael M. Ma
Thomas P. Routh, Esq. c/o Nolan Law Grou
20 N. Clark St., 30th Floor
Chicago IL 60602-5094

| | | |
|---|---|---|
| Estate of Sandra Johnson by Johnson & Herman<br>c/o Katzman Lampert & Stoll<br>9596 Metro Airport Avenue<br>Broomfield CO 80021-2731 | GUIDA ASSOCIATES CONSULTING, INC.<br>c/o DAVIDSON BACKMAN MEDEIROS PLLC<br>601 W. RIVERSIDE AVE., SUITE 1550<br>SPOKANE, WA 99201-0603 | GUIDA, NICK AND TAMRA<br>601 WEST RIVERSIDE AVENUE<br>SUITE 1550<br>SPOKANE, WA 99201-0603 |
| Gary Heaven<br>875 CR 324<br>Gatesville, TX 76528-4382 | Gil Moutray<br>P.O. Box 1598<br>Artesia, NM 88211-1598 | Nicholas Guida<br>7847 Pluto Court<br>Pensacola, FL 32506-3727 |
| H. Gary Heavin<br>875 CR 324<br>Gatesville, TX 76528-4382 | Harry T. Ford<br>One Indiana Square, Suite 2300<br>Indianapolis, IN 46204-2012 | Gary Heavin<br>c/o Joseph E. Shickich<br>Fox Rothschild LLP<br>1001 4th Ave.<br>Suite 4500<br>Seattle, WA 98154-1192 |
| Hotel Alpha, LLC<br>Attn: W. Hettinger<br>96 Martinique Ave.<br>Tampa, FL 33606-4053 | Hotjet, LLC<br>2901 E Pine Ave<br>Meridian, ID 83642-5980 | Industrial Smoke & Mirrors<br>Attn: Andrew Garvis<br>3024 Shader Rd.<br>Orlando, FL 32808-3922 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JDP Equipment Rental, Inc.<br>2834 Hamner Avenue, #124<br>Norco, CA 92860-1929 | James Plettner<br>7350 Post and Rail Lane<br>Cincinnati, OH 45243-1451 |
| Jarrett Johnson<br>P.O. Box 142<br>Iron Springs, AB | Jason Carly<br>The Green, Deanshanger<br>Mk196HH<br>MK196HH, UK | Jeff Aaron<br>301 East Pine Street<br>Suite 1400<br>Orlando, FL 32801-2741 |
| Jerry Barto<br>Signal Hill Petroleum, Inc.<br>2633 Cherry Ave.<br>Signal Hill, CA 90755-2008 | Jerry Locati<br>1007 East Main Street, Suite 200<br>Bozeman, MT 59715-3813 | Jim Putnam<br>2834 Hamner Avenue, #124<br>Norco, CA 92860-1929 |
| John Clevenger<br>1730 Vultee Street<br>Allentown, PA 18103-4741 | John Hammill<br>360 Tomahawk Drive<br>Maumee, OH 43537-1612 | Jon Yarbrough<br>730 Cool Springs Blvd., Suite 202<br>Franklin, TN 37067-7289 |
| Kenneth Adelman<br>1365 Meadowridge Road<br>Watsonville, CA 95076-0356 | Larry Pribyl<br>1540 Lake Elmo Rd. Suite 3<br>Billings, MT 59105-1798 | Ian Ledlin<br>Phillabaum Ledlin Matthews Sheldon PLLC<br>1235 N Post St Ste 100<br>Spokane, WA 99201-2529 |
| Linda Elzey<br>4001 North Park Rd.<br>Lincoln, NE 68524 | Lofty Ventures LLC<br>Waller Lansden Dortch & Davis LLP<br>511 Union St Ste 2700 Attn: Tyler Layne<br>Nashville, TN 37219-1791 | Luis Nieves<br>2030 Airport Rd.<br>Napa, CA 94558-6208 |

| | | |
|---|---|---|
| Martin Steinroder<br>Hanna-Kunath-Strasse 18<br>Bremen, NC 28199 | Matt Felton<br>520 SW 6th Ave, Suite 610<br>Portland, OR 97204-1516 | Michael Budagher<br>5964 Azalea Lane<br>Dallas, TX 75230-3404 |
| Michael Lenhart<br>1833 Brightwaters Blvd. NE<br>Saint Petersburg, FL 33704-3005 | John D Munding<br>Munding, P.S.<br>9425 N Nevada St, Ste 212<br>Spokane, WA 99218-1286 | Paul C Hathaway<br>115 Wharton Row<br>Groton, MA 01450-4244 |
| Paul Wood<br>1155 Lake House Drive<br>North Palm Beach, FL 33408-3368 | Jane Pearson<br>Polsinelli PC<br>1000 2nd Avenue, Suite 3500<br>Seattle, WA 98104-1086 | James D Perkins<br>U S Dept of Justice/U S Trustee Office<br>920 W Riverside #593<br>Spokane, WA 99201-1012 |
| Phil Milroy<br>200-8215 112th St. NW<br>Edmonton, AG, T6G2C8, AB | Quariax Corporation<br>14900 NW 44th Ave.<br>Opa Locka, FL 33054-2367 | R. Wayne Estopinal<br>903 Spring Street<br>Jeffersonville, IN 47130-3638 |
| Richard Gladden<br>190 1st Ave. N.<br>Naples, FL 34102-5903 | Richard Helms<br>2711 Centerville Road<br>Wilmington, DE 19808-1660 | Rick McLeod<br>13600 Napa Street<br>Fontana, CA 92335-2944 |
| Robert Johnes<br>2013 Cunningham Dr. Suite 301<br>Hampton, VA 23666-3301 | Robert Jones<br>5135 Ward Road<br>Wheat Ridge, CO 80033-1905 | Robert Knollenberg<br>Cannon View Road<br>Boulder, CO 80320 |
| Roman Ruiz<br>8089 NE Airport Way<br>Portland, OR 97218-1010 | Ron Bingham<br>3035 N. Highland Ave<br>Jackson, TN 38305-3411 | Ryan Samples<br>8601 Commerce Park Dr.<br>Oklahoma City, OK 73132-3438 |
| Sandpoint Property Management<br>Attn: Clifford Otten<br>314 N. Third Street<br>Sandpoint, ID 83864-1406 | Scott E Sayre<br>5823 Wooster Pike<br>Cincinnati, OH 45227-4505 | Scott K. Brown<br>Lewis Roca Rothgerber Christie LLP<br>201 East Washington Street, Suite 1200<br>Phoenix, AZ 85004-2595 |
| Scott Powell<br>6133 Freeport Blvd<br>Sacramento, CA 95822-3534 | Joseph E Shickich Jr<br>Fox Rothschild LLP<br>1001 4th Avenue Plaza, Suite 4500<br>Seattle, WA 98154-1065 | State of Washington<br>Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 |
| Stephen Goodrich<br>760 Habour Isles Court<br>Palm Beach Gardens, FL 33410-4416 | Steve Foote<br>2211 Broadway, Apt. 10D<br>New York, NY 10024-6264 | Steve Whisler<br>P.O. Box 1057<br>Whitefish, MT 59937-1057 |

| | | |
|---|---|---|
| Tamarack Aerospace Group, Inc., a Washington<br>2021 Industrial Way<br>Sandpoint, ID 83864-5248 | Textron Aviation Inc<br>Matthew D Flesher<br>One Cessna Blvd. Bldg W9<br>Wichita, KS 67215-1400 | Tobias G. Ward, Jr.<br>Post Office Box 50124<br>Columbia, SC 29250-0124 |
| US Trustee<br>US Court House<br>920 W Riverside Ave, Suite 593<br>Spokane, WA 99201-1012 | Van Turney<br>2701 E. Pine Ave<br>Meridian, ID 83642-5924 | Vincent Phillips<br>3838 San Dimas St. , Suite B 231<br>Bakersfield, CA 93301-1494 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BerkshireBank | (u)Bern Kotelkp<br>P.O. Box 57<br>Vegreville, AL | (u)Chapter 11 Trustee |
| (u)Columbia State Bank | (u)Djordeje Petrovic<br>Bulevar Marsala<br>Belgrade | (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (u)Juan Rodriquez<br>Los Pingos 99; Int 202<br>Monterrey | (d)Scott K. Brown<br>Lewis Roca Rothgerber Christie LLP<br>201 East Washington Street., Suite 1200<br>Phoenix, AZ 85004-2595 | (u)Simon Adams<br>Hangar 100, Bournemouth<br>Christchurch, BH23 6NW |
| (u)Steve Davis<br>Hangar 4C; James Schofield Drive<br>5950 South | (u)Xerox | End of Label Matrix<br>Mailable recipients 95<br>Bypassed recipients 11<br>Total 106 |

EXIHIBIT B – SUPPLEMENTAL MAIL LIST

Debra Bergman
620 Main St, Apt 6
Sandpoint, ID 83864

Chris Connelley
10952 N Krest Ct
Hayden, ID 83835

Nathan Cropper
611 Lake St
Sandpoint, ID 83864

Haldan Gates
1523 Nicholas Way
Sandpoint, ID

Danny Hiner
501 N Boyer
Sandpoint, ID 83864

Hubert Jones
4613 Highway 211
Newport, WA 99156

Lisa Kassa
1801 Hickory Street
Sandpoint, ID 83864

Rebecca Kusler
PO Box 2544
Sandpoint, ID 83864

Dwight Mitchell
2009 Janelle Way
Sandpoint, ID 83864

Sean Palmer
1005 Hickory St
Sandpoint, ID 83864

Daniel Pfeifer
1618 Poplar St
Sandpoint, ID 83864

Mary Rowe
1602 Main St
Sandpoint, ID 83864

Neal Russell
550 Larkspur St, #J130
Ponderay, ID 83852

Steven Uecker
713 Spades Rd
Sagle, ID 83860

Logan Vidmar
324 Bottle Bay Rd
Sagle, ID 83860

0243 LLC
Bruce Blakey
215 5th Ave South
Kirkland, WA 98033

525RF LLC
Attn: Robert Fiscella
2013 Cunningham Dr Ste 301
Hampton, VA 23666

Advance Jets, LLC
Attn: Scott E Sayre
5823 Wooster Pike
Cincinnati, OH 45227

Atlas Air Service
Attn: Steinroder
Hanna-Kunath-Strasse 18
28199 Bremen Germany

AVISM
Attn: Richard Helms
2711 Centerville Rd
Wilmington, DE 19808

Bern Kotelko
P O Box 57
Vegreville, Alberta
Canada T9CIR7

Bradley J Busbin, Atty
Oregon Cost Holdings
2295 S Hiawassee Rd Ste 207
Orlando, FL 32835

Broken Pick Land & Cattle
Attn: Steve Whisler
PO Box 1057
Whitefish, MT 59937

CJ2 Holdings, LLC
Daniel Gruirl
100-Larking Williams Ind. Ct
St Louis, MO 63026-2409

Clayton Keister, CEO
Allegis Corporation
8001 Central Avenue Northeast
Minneapolis, MN 55432-2110

Dolphin Capital Holdings, Inc
c/o Steven S Meyers
2355 Westwood Blvd Ste 410
Los Angeles, CA 90064

Duncan Aviation
Attn: Linda Elzey
4001 North Park Rd
Lincoln, NE 68501

Eric S Ritter
Scentsy
2901 E Pine Avenue
Meridian, ID 83642

Esto Air, LLC
Attn: R Wayne Estopinal
903 Spring Street
Jeffersonville, IN 47130

Everair LLC
Attn: Douglas DeBruin
9900 Porter Rd
Niagara Falls, NY 14304

19-01492-FPC11    Doc 116    Filed 10/03/19    Entered 10/03/19 05:09:21    Pg 8 of 12
19-01492-FPC11    Doc 177    Filed 01/27/20    Entered 01/27/20 07:02:22    Pg 10 of 14

30

Felton Holdings 2, Inc
Attn: Matt Felton
520 SW 6th Ave, Ste 610
Portland, OR 97204

Hammill Manufacturing Corp
Attn: John Hammill
360 Tomahawk Drive
Maumee, OH 43537

Heaven Express LLC
Kenneth Adelman
1365 Meadowridge Rd
Corralitos, CA 95076-0356

Hornet Aviation, LLC
J Wickham Zimmerman
2150 S Towne Centre Pl, Ste 100
Anaheim, AK 99806

Intl Markteting & Research Inc
Attn: Robert Jones
5135 Ward Rd
Wheat Ridge, CO 80033-1905

Jarrett Johnson, GHGR Holdings
P O Box 142
Iron Springs, Alberta
Canada T0K1G0

Juan G Rodriguez
Los Pingos 99; Int 202
Monterrey, N.L. 64895
Mexico

KAMA Aviation LLC
Attn: John Clevenger
1730 Vultee Street
Allentown, PA 18103

Lunken Aviation LLC
Attn: James Plettner
7350 Post and Rail Lane
Cincinnati, OH 45243

Marsh Berry Global LLC
Attn: Adriano Stavole
28601 Chagrin Blvd, Ste 400
Woodmere, OH 45243

McLeod Properties Fontana LLC
Attn: Rick McLeod
13600 Napa Street
Fontana, CA 92335

Monticello Air LLC
Attn: Luis Nieves
2030 Airport Rd
Napa, CA 94558

Mountain High Aviation LLC
Attn: Roman Ruiz
8089 NE Airport Way
Portland, OR 97218

Northeast Air LLC
Attn: Derek Laflin
1011 Westbrook Street
Portland, ME 04102

Phil Milroy
200-8215 112th St, NW
Edmonton, AG T6G2C8, AB

Plan House LLC
Attn: Harry F Todd
One Indiana Square, Ste 2300
Indianapolis, IN 46204

Prince Aviation Attn: Djordje
Bulevar Marsala Tolbuhina 40-42
11070 Belgrade, Serbia

Pulse Aero Pty Ltd
Hangar 4C James Scholfield Dr
Adelaide Airport
5950 South Australia

Quariax Corporation
Aerownership North American
14900 NW 44th Avenue
Miami, FL 33054

RKFL LLC
Attn: Robert Knollenberg
Canon View Road
Boulder, CO 80302

Roney Lesing LLC
Attn: Michael Lenhart
1833 Brightwaters Blvd, NE
Saint Petersburg, FL 33704

Sacramento Int. Jet Center
Attn: Scott Powell
6133 Freeport Blvd
Sacramento, CA 95822

Seven Rivers Inc
Attn: Gil Moutray
PO Box 1598
Carlsbad, NM 88211-1598

Sierra Papa Inc
Attn: Vincent Phillips
3838 San Dimas St, Ste B231
Bakersfield, CA 93301

Signature Technic Air
Attn: Simon Adams
Hagar 100 Bournemouth Airport
Christchurch, BH23 6NW

Steadfast Advisors LLC
Attn: Steve Foote
2211 Broadway Apt 10D
New York, NY 10024

Stephen Goodrich
760 Harbour Isles Court
North Palm Beach, FL 33410

West Texas PCS LLC
Attn: Michael Budagher
5964 Azalea Lane
Dallas, TX 75230

Whittlewood Operations LTd
Attn: Jason Carly
The Green Deanshangar
MK 196HH, United Kingdom

World Jet Sales, Inc
Richard Gladden
190 1st Avenue N
Naples, FL 34102

19-01492-FPC11   Doc 116   Filed 10/03/19   Entered 10/03/19 05:09:21   Pg 9 of 12
19-01492-FPC11   Doc 177   Filed 01/27/20   Entered 01/27/20 07:02:22   Pg 11 of 14

30

KSZT LLC
ATTN: Andrew Berrey
1101 Airport Way
Sandpoint, ID 83864-4000

Sandpoint Property Management
Attn: Clifford Otten
314 N Third Street
Sandpoint, ID 83864

West Star Aviation
796 Heritage Way
Grand Junction, CO 81506

Donald Ballard
506 S Boyer
Sandpoint, ID 83864

Ian Bannister
48 Primrose Copse
Horsham, West Sussex UK
RH125PZ

Best Investments Co. II LLC
13334 188th Street North
Marine on Saint Croix, MN 55047

Wayne Blackman
1537 Hardman Rd
Star Valley Ranch, WY 83127

John Bowers
3050 American River Lane
Las Vegas, NV 89135

Capital Investments Group LLC
4236 Lake Creek Farms Rd
Heber City, UT 84032

Christie Family Revocable Trust
14640 Laguna Drive
Fort Myers, FL 33908

Steven E Codner
916 3rd Street
PO Box 86
Gibbon, NE 68840

Keyren H. Cotter
505 Vantrease Rd
Madison, TN 37115

David and Patricia Cox
2401 15th Street
Anacortes, WA 98221

D'Souza Revocable Living Trust
29 Yorktown
Irvine, CA 92620

Dana Gross
c/o Real Trust IRA
312 East Trow Ave, Ste 201
Chelan, WA 98816

Dave & Nancy Lewis Family Trust
PO Box 608
Sandpoint, ID 83864

DB Ventures LLC
1901 Wood Bridge Circle
Papillion, NE 68046

Stephen A. Diedrich
PO Box 1792
Sandpoint, ID 83864

Charles Eisendrath
1211 Ferdon Rd
Ann Arbor, MI 48104

Energy Park Rail Development LLC
3040 American River Lane
Las Vegas, NV 89135

Equity Trust Company
FBO Jere L Kovach Roth IRA
16 Ponderosa Place
Star Valley Ranch, WY 83127

Equity Trust Company Custodian
FBO LG Searcey Roth IRA
9839 Wildfire Circle
Lincoln, NE 68512

Equity Trust Company Custodian
FBO Dana Falter IRA
4631 Christopher Ct
Lincoln, NE 68516

Stephanie Flesher
4440 Willard Ave Apt 121
Chevy Chase, MD 20815

Steven Flesher
3118 Maggie Lane
Fortuna, CA 95540

Lenard & Maggie Frank
102 Brattlesboro Dr
Nashville, TN 37204

Nicholas & Tamara Guida
7847 Pluto Court
Pensacola, FL 32506

Steven & Melissa Gustafson
10909 Lake Ridge Dr
Omaha, NE 68136

John Hammill
290 Riverside Dr
Rossford, OH 43466

Lee Hansen
PO Box 838
Thayne, WY 83127



Amy Hanson & Glen McDonald
25 Jana Lane
Sandpoint, ID 83864

Dwight Mitchell
2009 Janelle Way
Sandpoint, ID 83864

John Snedden
212 W Ironwood Dr, D 186
Coeur d'Alene, ID 83814

Chase Hrdina
1775 High Point Lane
Columbia, MO 65203

John & Barbara Nicolich
PO Box 2312
Sandpoint, ID 83864

Ronald J. Thacker
247 Porto Rd
Star Valley Ranch, WY 83127

Jere Lee & Maria Kovach Living Trust
16 Ponderosa Place
Thayne, WY 83127

Monica Pleass
34 Echo Lodge
Sandpoint, ID 83864

Roy & Theresa Willy
61310 August Lane
Bend, OR 97702

Arne Kantola
PO Box 36
Cocolalla, ID 83813

Real Trust IRA Alternatives
FBO Karl V Leaverton
715 West Prospect St
Seattle, WA 98119

Canfield Aerospace Solutions Ltd
Building 84
Canfield Bedford MK430AL
United Kingdom

James Dean & Michelle Kyriakos
512 S Second Avenue
Sandpoint, ID 83864

Rebecca R Jones Rev Trust
PO Box 937
Sagle, ID 83860

Lee Air, Inc
3000 S Hydraulic
Wichita, KS 67216

Jerry & Marlar Landell
3911 Paxton Dr
Lincoln, NE 68521

Kevin & Stephanie Reimann
404 N Monroe Avenue
Sandpoint, ID 83864

Lee & Hayes PLLC
601 W Riverside Ave, Ste 1400
Spokane, WA 99201

Rich & Kim Landell
10279 McGuire Rd
Shelton, NE 68879

RJ Bailey Family Partners Ltd
313 Cagle Crow Rd
Mansfield, TX 76063

Gama Aviation Engineering Inc
5601 NW 15th Ave
Fort Lauderdale, FL 33309

Madsen Family Trust
PO Box 854
Genoa, NV 89411

Justin M. Ryan Jr.
36 Fabriano
Irvine, CA 92620

Eagle Aviation Inc
2861 Aviation Way
West Columbia, SC 29170

John W. McCann
1010 Forest Hills Pt
Wakinsville, GA 30677

Michael Schneider
3040 American River Lane
Las Vegas, NV 89135

Signature Technic Air
Scott Corbett
Hangar 100, Bournemouth Airport
Christchurch, Dorsett BH23 6NW

David H. McClenahan
470 Alamosa Drive
Sparks, NV 89441

Bradley & Sandy Seagle
10221 Wing Elm Circle
Manassas, VA 20110

Textron Aviation Company
23260 Network Place
Chicago, IL 60673-1323

30

Cloudy Investments
Attn: Bill Bryan
9039 S US HWY 441
Leesburg, FL 34788

DeltaFox Aviation Repair
Station No 897R016D
10771 James Payne Court
Manassas, VA 20110

EFA
PO Box 30549
Amarillo, TX 79120

Fly Biggs LLC
7571 Cross Village Drive
Germantown, TN 38138

Hawker Pacific Qty Ltd
Hangar 521
14 Kestrel Place Bankstown
Airport, NSW 200 Australia

Paul Wood
Corporate Drive
Waukegan, IL 60087

Superior Aviation Company
Attn: Jack Snyder
6133 Freeport Blvd
Sacramento, CA 95822

Cleveland Consulting LLC
Attn: Kenton Cleveland
1528 N Pine Grove
Wichita, KS 67212

AST Bearings LLC
PO Box 98412
Chicago, IL 60693-8412

Jackson Lewis LLP
PO Box 416019
Boston, MA 02241-6019

UPS
Lockbox 577
Carol Stream, IL 60132-0577

19-01492-FPC11   Doc 116   Filed 10/03/19   Entered 10/03/19 05:09:21   Pg 12 of 12
19-01492-FPC11   Doc 177   Filed 01/27/20   Entered 01/27/20 07:02:22   Pg 14 of 14

11