**So Ordered.**

**Dated: October 22nd, 2020**



*Frederick P. Corbit*
Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 19-01492-FPC11 |
| **Tamarack Aerospace Group, Inc.** | Chapter 11 |
| | **ORDER APPROVING REORGANIZED DEBTOR'S MOTION TO EXTEND CLAIMS OBJECTION DEADLINE UNDER CONFIRMED PLAN OF REORGANIZATION RE CLASS 6 CLAIMS** |
| | • Date Extended to November 30, 2020 |
| Debtor, | |

This matter having come before the Court upon the debtor Tamarack Aerospace Group, Inc.'s ("Debtor") *Reorganized Debtor's Motion To Extend Claims Objection Deadline Under Confirmed Plan of Reorganization Re Class 6 Claims – Proposed Extension Date: November 30, 2020* ("Motion") (ECF No. 267), and *Notice Of And*

ORDER APPROVING EXTENSION OF CLAIMS OBJECTION
TO NOVEMBER 30, 2020 - 1

MUNDING, P.S.
9425 N. NEVADA ST. SUITE 212.
SPOKANE, WA 99218
(509) 624-6464

19-01492-FPC11    Doc 273    Filed 10/23/20    Entered 10/23/20 07:46:16    Pg 1 of 2

*Time To Objection To Reorganized Debtor's Motion To Extend Claims Objection Deadline Under Confirmed Plan Of Reorganization Re Class 6 Claims* ("Notice") (ECF No. 269), and with due notice having been provided to all creditors and parties in interest (Cert of Service) (ECF No. 270), and no objections having been filed or received,

IT IS HEREBY ORDERDED:

1. The *Reorganized Debtor's Motion To Extend Claims Objection Deadline Under Confirmed Plan of Reorganization Re Class 6 Claims – Proposed Extension Date: November 30, 2020* hereby **GRANTED.**

2. The Class 6 Claims objection deadline is extended to November 30, 2020

/// end of order ///

Presented by:
MUNDING, P.S.

*/s/ John D. Munding*
JOHN D. MUNDING WSBA #21734
Attorney for Debtor Tamarack Aerospace Group, Inc.

ORDER APPROVING EXTENSION OF CLAIMS OBJECTION
TO NOVEMBER 30, 2020 - 2

MUNDING, P.S.
9425 N. NEVADA ST. SUITE 212.
SPOKANE, WA 99218
(509) 624-6464

19-01492-FPC11    Doc 273    Filed 10/23/20    Entered 10/23/20 07:46:16    Pg 2 of 2